GREENBERG TRAURIG, LLP
Cindy Hamilton (SBN: 217951)
Shauna Imanaka (SBN 315742)
1900 University Avenue, Fifth Floor
East Palo Alto, California 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.
erroneously sued as Chase Bank USA, N.A.

G. Thomas Martin, III,(SBN218456
Nicholas J. Bontrager, (SBN252114)
MARTIN & BONTRAGER, APC
6464 W. Sunset Blvd, Ste. 960
Los Angeles, CA 90028
Telephone: (323) 940-1700
Facsimile: (323) 328-8095

Attorneys for Plaintiff
John Robertson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROBERTSON,<br><br>     Plaintiff(s);<br><br>v.<br><br>CHASE BANK USA, N.A.,<br><br>     Defendant(s). | Case No.  1:19cv1052-EPG<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT (L.R. 144)**<br><br>Action Filed: July 29, 2019<br>Current Response Date: September 23, 2019<br>New Response Date: October 3, 2019<br><br>(ECF No. 10) |

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Civil Local Rule 144, Plaintiff JOHN ROBERTSON ("Plaintiff") and Defendant JPMORGAN CHASE BANK, N.A. ("Defendant") (collectively, "Parties") hereby stipulate and agree, with the Court's approval as indicated by issuance of the attached order, that the Defendant shall have a SECOND extension of time of ten days to respond to Plaintiff's Complaint to allow Defendant to review its files, prepare a response, and potentially engage in settlement discussions. The parties previously stipulated to an initial 28-day extension, up to and including September 23, 2019. The new due date will be October 3, 2019. This extension does not alter any other deadlines already fixed by the Court.

DATED: September 18, 2019          GREENBERG TRAURIG, LLP

By /S/ Cindy Hamilton _____

Cindy Hamilton
Attorneys for Defendant
JPMorgan Chase Bank, N.A.

DATED: September 18, 2019          MARTIN & BONTRAGER, APC

By /S/ Nicholas J. Bontrager _____

Nicholas J. Bontrager
Attorney for Plaintiff
John Robertson

STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

## <u>ORDER</u>

The Court, having duly considered the parties' stipulation (ECF No. 10), as set forth above, and for good cause shown, orders as follows:

Defendant's deadline to respond to Plaintiff's Complaint is extended to October 3, 2019.

IT IS SO ORDERED.

Dated:  **September 20, 2019**              /s/ *Erica P. Grosjean*
                                                                UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

*ACTIVE 45893165v1*