UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROBERTSON, | Case No. 1:19-cv-01052-EPG |
| Plaintiff, | ORDER RE: NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |
| v. | |
| CHASE BANK USA, N.A, | (ECF No. 14) |
| Defendant. | |

On January 3, 2020, Plaintiff, John Robertson, filed a notice of voluntary dismissal of entire action with prejudice. (ECF No. 14.) Defendants have not filed either an answer or a motion for summary judgment. Accordingly, in light of the notice, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). The Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated:   __January 6, 2020__            /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE